FORM 5 (10/06)          FORM 5. INVOLUNTARY PETITION

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Cobalis Corporation** | ALL OTHER NAMES, used by debtor in the last 8 years |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.)<br>EIN: 91-1868007 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**Cobalis Corporation**<br>**2445 McCabe Way, Suite 150**<br>**Irvine, CA 92614** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Orange County** | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If Different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☒ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br><br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If Debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District<br><br>☐ A bankruptcy case concerning the debtor's affiliate, general partner or partnership is pending in this District | FILING FEE (Check one box)<br><br>☒ Full fee attached<br>☐ Petitioner is a child support creditor or its representative, and the form specified in 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petition, and if the petition files the form specified in 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes)<br>1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. 303(b)<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debtors are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY<br><br>**FILED**<br><br>AUG - 1 2007<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY      Deputy Clerk |
|---|---|

DAL02:493845.2

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_ 8/1/07
Signature of Attorney — Date

**Name of Petitioner:**
YA Global Investments, L.P., f/k/a Cornell Capital Partners, L.P.

By: Yorkville Advisors, LLC, its investment manager

By: _[signature]_
Name: David Gonzalez
Its: Managing Member and General Counsel

Date Signed: August 1, 2007

Mailing Address of Individual Signing in Representative Capacity:

YA Global Investments, L.P.
101 Hudson Street
Suite 3700
Jersey City, New Jersey 07303

Baker Botts L.L.P.
Name of Attorney Firm (If any)

Address
2001 Ross Avenue
Dallas, Texas 75201
Attn: C. Luckey McDowell
Telephone No. (214) 953-6571

Victor A. Vilaplana, Foley & Lardner LLP (California counsel)
Name of Attorney Firm (If any)

Address
402 West Broadway
Suite 2100
San Diego, CA 92101
619.234.6655
619.234.3510 Fax

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| YA Global Investments, L.P. 101 Hudson Street Suite 3700 Jersey City, New Jersey 07303 | Past due debt due under Convertible Debentures Nos. CLSC-1-1 dated December 20, 2006 and CLSC-1-2 dated February 20, 2007 (the "Notes") issued by Cobalis Corporation pursuant to the Securities Purchase Agreement dated as of December 20, 2006, by and among the Debtor and Cornell Capital Partners, L.P., now known as YA Global Investments, L.P. ("Yorkville"). | Not less than the principal amount of $3,000,000, plus interest, fees, costs, expenses and other amounts, as provided for in the Notes and Securities Purchase Agreement. Although the Notes are secured, upon information and belief Yorkville asserts that the collateral underlying the Notes is worth substantially less than the amounts due and that Yorkville therefore has an unsecured deficiency claim in excess of the statutory limits in 11 U.S.C. § 303. |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | **Total Amount of Petitioners' Claims** Not less than the aggregate principal amount of $3,000,000, plus interest, fees, costs, expenses and other amounts, as provided for in the Notes and Securities Purchase Agreement. |