| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Luckey McDowell<br>Baker Botts<br>and<br>Victor A. Vilaplana<br>Foley & Lardner LLP<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101<br>P: 619-234-6655  F: 619-234-3510<br>Attorney for Petitioner  YA Global Investments., L.P. | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CASE NO.: SA 07-12347TA |
| Debtor set forth here all names, including trade names, used by Debtor within last 6 years.<br>Cobalis Corporation<br><br><br><br><br>Debtor. | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, a petition was filed on 8/1/07 in this Bankruptcy Court, praying for the entry of an order for relief against you under chapter 7 of title 11 of the United States Code. A copy of the petition accompanies this summons.

If you wish to oppose the entry of an order for relief, you must file with the Clerk of this court an answer to the petition or a motion pursuant to Federal Rule of Bankruptcy Procedure 1011(c) within 20 days after service of this summons and the attached petition.  At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address indicated above. If you file a motion under Federal Rule of Bankruptcy Procedure 1011(c), your time to answer the petition will be governed by that rule.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE BANKRUPTCY COURT WILL ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).**

A Status Conference in the involuntary case commenced by the petition has been set for:

| Hearing Date: 9/13/07  Time: 10:00 a.m.  Courtroom: 5B   Floor: 5th |
|---|
| ☐ 255 East Temple Street, Los Angeles          ☒ 411 West Fourth Street, Santa Ana |
| ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside |

Jon D. Ceretto, Clerk

Dated: AUG - 2 2007          By: _____
                                              Deputy Clerk

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

May 2004                                                                                                                                  F 1010-1

Summons and Notice of Status Conference in an Involuntary Bankruptcy Case -   **F 1010-1**
*Page 2 of 2*

| In re Cobalis Corporation | CASE NUMBER: SA 07-12347TA |
|---|---|
| Debtor. | |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF  SAN DIEGO

1. I am employed in the County of  San Diego , State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:
   Foley & Lardner LLP: 402 West Broadway, Suite 2100; San Diego, CA  92101.

2. [X] **Regular Mail Service:** On  August 7, 2007 , I served the foregoing Summons and Notice of Status Conference in an Involuntary Bankruptcy Case, together with the Petition commencing this case, on parties in interest at the following address(es) by placing true and correct copies thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at
   San Diego , California, addressed as set forth below.

3. [ ] **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference in an Involuntary Bankruptcy Case, together with the Petition commencing this case, was made on parties in interest at the address(es) set forth below.

4. Parties in interest and address(es) upon which service was made:

   Cobalis Corporation                Paul Couchot, Esq.
   Dr. Gerald Yakatan, CEO            Winthrop Couchot Professional Corporation
   2445 McCabe Way, Suite 150         660 Newport Center Drive, 4th Floor
   Irvine, CA  92614                  Newport Beach, CA  92660
                                      Attorney for Cobalis Corporation

   [ ] Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:
   August 7, 2007

Raechelle Hurst
*Typed Name*                          *Signature*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*May 2004*                                                                      **F 1010-1**