PAUL J. COUCHOT– State Bar No. 131934
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
pcouchot@winthropcouchot.com

General Insolvency Counsel
for Cobalis Corporation,
Alleged Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. **8:07-bk-12347-TA** |
| COBALIS CORPORATION, a California corporation, | Involuntary Chapter 7 Proceeding |
| Alleged Debtor. | **FINAL STIPULATION TO EXTEND TIME TO RESPOND TO INVOLUNTARY PETITION** |
| | Status Conference DATE:   September 13, 2007 TIME:   10:00 A.M. CTRM:  5B |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

This Final Stipulation is entered into by YA Global Investments, L.P. ("Petitioning Creditor") and Cobalis Corporation, a Nevada corporation, the Alleged Chapter 7 Debtor herein (the "Alleged Debtor").

### RECITALS

A.    On August 1, 2007, the Petitioning Creditor filed an involuntary bankruptcy petition (the "Involuntary Petition") under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") against the Alleged Debtor pursuant to 11 U.S.C. § 303.

1    B.    Pursuant to an agreement between the Petitioning Creditor and the Alleged Debtor,

2   which agreement was approved by this Court by order dated September 10, 2007, the Alleged

3   Debtor has until September 12, 2007 to file an answer or other responsive pleading to the

4   Involuntary Petition.

5    C.    The Petitioning Creditor and the Alleged Debtor have entered into this Final

6   Stipulation to further extend the time to respond to the Involuntary Petition through and including

7   Friday, October 12, 2007, as provided herein.

8                                    **STIPULATION**

9    NOW THEREFORE, the parties, by and through their counsel of record, stipulate and

10   agree that:

11    1.    The deadline for the Alleged Debtor to respond to the Involuntary Petition shall be

12   extended through and including Friday, October 12, 2007 as provided herein.

13    2.    Alleged Debtor shall have until Friday, October 12, 2007 to satisfy Petitioning

14   Creditor's claim in full and file a motion to dismiss this case as provided by 11 U.S.C. § 303(j).

15    3.    If Alleged Debtor does not timely satisfy the requirements under paragraph 2 above,

16   Alleged Debtor hereby expressly consents to entry of an order for relief under chapter 7 of the

17   Bankruptcy Code; provided however, Alleged Debtor reserves its right to concurrently elect to

18   convert its case to a proceeding under chapter 11 of the Bankruptcy Code.

19    4.    Alleged Debtor hereby expressly waives any right to judgment against Petitioning

20   Creditor under 11 U.S.C. § 303(i).

21    5.    Alleged Debtor further hereby expressly waives any right to contest the validity of

22   the Involuntary Petition on the grounds that the Alleged Debtor has more than 12 creditors.

23

24                           *[Signatures on Following Page]*

25

26

27

28

1

DATED:  September 12, 2007

**BAKER BOTTS L.L.P.**

2

3

By: _____

Luckey McDowell, Esq.

4

Counsel for Petitioning Creditor, YA Global
Investments, LP

5

6

7

DATED:  September 12, 2007

**WINTHROP COUCHOT, P.C.**

8

9

By: _____

Paul J. Couchot, Esq.

10

Counsel for Alleged Debtor, Cobalis Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, P.J. Marksbury, declare and state:

I am employed in the County of Orange, State of California; I am over the age of 18 and not a party to the within action; my office address is 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

On September 13, 2007 I served the foregoing document described as **FINAL STIPULATION TO EXTEND TINME TO RESPOND TO INVOLUNTARY PETITION** on parties in interest in said action, by placing true copies thereof enclose addressed as follows:

| | |
|---|---|
| Via facsimile:  714-569-0515<br>Chapter 7 Trustee<br>Charles W. Daff, Esq.<br>2122 N. Broadway, Suite 210 | Via facsimile:  714-338-3421<br>U.S. Trustee's Office |
| Via e-mail:<br>luckey.mcdowell@bakerbotts.com<br>Attorney for Petitioning Creditor<br>C. Luckey McDowell, Esq.<br>Baker Botts LLP | Via e-mail:  vavilaplana@foley.com<br>Local Counsel to Petitioning Creditor<br>Victor A. Vilaplana, Esq.<br>Foley & Lardner LLP |

| | | |
|---|---|---|
| ☒ | | **BY FACSIMILE:**  On the date set forth above, from Newport Beach, California, I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above.  To the best of my knowledge, the transmission was reported as complete, and no error was reported by the facsimile machine.  A copy of the transmission record is maintained by our office. |
| ☐ | | **BY ELECTRONIC MAIL:**  On July 11, 2006, from Newport Beach, California, I caused each such document to be transmitted electronically to the parties at the e-mail address indicated.  To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.  A return receipt was requested at the time of the transmission of each such document and I did not receive a notice of failure of receipt of each such document. |
| ☒ | | I am employed in the office of Winthrop Couchot Professional Corporation; Paul J. Couchot is a member of the bar of this court. |
| ☒ | **(State)** | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |

Executed on September 12, 2007 at Newport Beach, California..

/s/ PJ Marksbury                *Marksbury*
PJ Marksbury