PAUL J. COUCHOT– State Bar No. 131934
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
pcouchot@winthropcouchot.com

General Insolvency Counsel
for Cobalis Corporation,
Alleged Debtor

FILED SEP 20 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

ENTERED SEP 21 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

LODGED SEP 13 2007

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re

COBALIS CORPORATION,
a California corporation,

Alleged Debtor.

Case No. **8:07-12347-TA**

Involuntary Chapter 7 Proceeding

**ORDER APPROVING FINAL STIPULATION TO EXTEND TIME TO RESPOND TO INVOLUNTARY PETITION**

Status Conference
DATE: September 13, 2007
TIME: 10:00 A.M.
CTRM: 5B

Next Status Conference: OCT 25 2007 10:00 AM

The Court having read and considered the Final Stipulation to Extend Time to Respond to Involuntary Petition ("Stipulation") (Docket No. 6), and good and sufficient cause appearing therefore, it is hereby ORDERED that the Stipulation is approved.

DATED: September ___, 2007
SEP 20 2007

_____
HONORABLE THEODOR C. ALBERT
UNITED STATES BANKRUPTCY JUDGE

#118823 v1 - CobalisOrderFinalStipExtendTimeRespond

# CERTIFICATE OF SERVICE

I, P.J. Marksbury, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 660 Newport Center Drive, 4th Floor, Newport Beach, California 92660, in said County and State. On September 13, 2007, I served the following document:

**ORDER APPROVING FINAL STIPULATION TO EXTEND TIME TO RESPOND TO INVOLUNTARY PETITION**

on each of the interested parties:

| Chapter 7 Trustee<br>Charles W Daff<br>2122 N. Broadway Suite 210<br>Santa Ana, CA 92706 | U.S. Trustee's Office<br>411 West Fourth St., Room 9041<br>Santa Ana, CA 92701 |
|---|---|
| Attorney for Petitioning Creditor<br>Baker Botts LLP<br>C. Luckey McDowell, Esq.<br>2001 Ross Ave.<br>Dallas, TX 75201 | Local Counsel for Petitioning Creditor<br>Foley & Lardner LLP<br>Victor A. Vilaplana, Esq.<br>402 W. Broadway, Ste. 2100<br>San Diego, CA 92101 |

by the following means of service:

| ☒ | **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
|---|---|
| ☒ | I am employed in the office of Winthrop Couchot Professional Corporation; Paul J. Couchot, Esq. is a member of the bar of this court. |
| ☒ | **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct. |

Executed on September 13, 2007, at Newport Beach, California.

/s/ PJ Marksbury
PJ Marksbury

-2-