PAUL J. COUCHOT– State Bar No. 131934
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
pcouchot@winthropcouchot.com

General Insolvency Counsel
for Cobalis Corporation,
Alleged Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>COBALIS CORPORATION,<br>a California corporation,<br><br>Alleged Debtor. | Case No. **8:07-bk-12347-TA**<br><br>Chapter 7<br><br>**DEBTOR'S ELECTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 11**<br><br>[No Hearing Set] |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

    Cobalis Corporation, a Nevada corporation, and the Chapter 7 Debtor herein, pursuant to the provisions of §706 of the Bankruptcy Code, elects to convert this Chapter 7 case to a case under Chapter 11 of the Bankruptcy Code, as indicated on that certain Alleged Debtor's (1) Consent to Entry of Order for Relief; and (2) Election to Convert Chapter 7 Case to a Case Under Chapter 11 of the Bankruptcy Code, a true copy of which is attached hereto as Exhibit "1" and incorporated herein by this reference.

DATED: October 16, 2007

                              **WINTHROP COUCHOT**
                              **PROFESSIONAL CORPORATION**

                              By: /s/ Paul J. Couchot
                                    Paul J. Couchot
                              [proposed] Attorneys for Debtor and
                              Debtor in Possession

# EXHIBIT "1"

PAUL J. COUCHOT– State Bar No. 131934
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
pcouchot@winthropcouchot.com

General Insolvency Counsel
for Cobalis Corporation,
Alleged Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>COBALIS CORPORATION,<br>a California corporation,<br><br>    Alleged Debtor. | Case No. **8:07-bk-12347-TA**<br><br>Chapter 7<br><br>**ALLEGED DEBTOR'S**<br>**(1) CONSENT TO ENTRY OF ORDER FOR RELIEF; AND**<br>**(2) ELECTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**<br><br>[No Hearing Set] |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE:**

Cobalis Corporation, a Nevada corporation, and the Alleged Chapter 7 Debtor herein, hereby consents to the entry of an Order for Relief and, pursuant to the provisions of §706 of the Bankruptcy Code, elects to convert this Chapter 7 case to a case under Chapter 11 of the Bankruptcy Code.

DATED: October 12, 2007                    **COBALIS CORPORATION**

By: _____
Bojan Cosic, Vice President
Corporate Administration

# CERTIFICATE OF SERVICE

I, P.J. Marksbury, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; and my business address is 660 Newport Center Drive, Fourth Floor, Newport Beach, California 92660, in said County and State.

On October 17, 2007, I served the following document: DEBTOR'S ELECTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 11 on each of the interested parties as follows:

| Chapter 7 Trustee<br>Charles W Daff<br>2122 N. Broadway Suite 210<br>Santa Ana, CA 92706 | U.S. Trustee's Office<br>411 West Fourth St., Room 9041<br>Santa Ana, CA 92701 |
|---|---|
| Attorney for Petitioning Creditor<br>Baker Botts LLP<br>C. Luckey McDowell, Esq.<br>2001 Ross Ave.<br>Dallas, TX 75201 | Local Counsel Attorneys for Petitioning Creditor<br>Foley & Lardner LLP<br>Victor A. Vilaplana, Esq.<br>402 W. Broadway, Ste. 2100<br>San Diego, CA 92101 |

by the following means of service:

| ☒ | **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. ||
|---|---|---|
| ☒ | I am employed in the office of Winthrop Couchot Professional Corporation. Paul J. Couchot is a member of the bar of this Court. ||
| ☒ | **(FEDERAL)** | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on October 17, 2007, at Newport Beach, California.

/s/ P.J. Marksbury
P.J. Marksbury

-2-

#119327 v1 - CobalisDebtor'sMotionToConvert