| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rey Olsen appearing in *propria persona*<br>on behalf of secured creditor Montenegrex<br>a sole proprietorship registered in New York<br>P. O. Box 7022<br>New York, N. Y. 10150-7022<br>(917) 701-1101<br>E-mail WSGNY@aol.com<br><br>X☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | FILED<br>MAR 2 4 2010<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY            Deputy Clerk<br><br>ENTERED<br>MAR 2 4 2010<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY            Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Santa Ana DIVISION**

| In re:<br><br>**COBALIS CORP.**<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:07: 12347-TA<br>CHAPTER: 11<br><br>ORDER:<br>☐ GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE<br><br>☒ DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE<br><br>[LBR 9075-1(b)] |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion:*

   EMERGENCY MOTION OF SECURED CREDITOR
   MONTENEGREX TO CONTINUE THE CONFIRMATION HEARING PENDING THE
   DETERMINATION OF THE ONLY RECENTLY UNABATED ADVERSARY PROCEEDING AGAINST
   CREDITOR YA GLOBAL SECURITIES LP ON ITS PURPORTED CLAIM.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009            Page 1            F 9075-1.2.ORDER

    b.  *Date of filing of motion:* March 23, 2010

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):

    a.  *Date of filing of Application:March 23, 2010*

3. Based upon the court's review of the application, **IT IS ORDERED THAT**:

    a. ☒ **The Application is denied.** The motion may be brought on regular notice pursuant to LBRs.

    b. ☐ **The Application is granted, and IT IS FURTHER ORDERED THAT:**

(1) ☐ A hearing on the motion will take place as follows:

| Hearing Date:<br>Time:<br>Courtroom: | Place:<br>☐   255 East Temple Street, Los Angeles, CA 90012<br>☐   21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐   3420 Twelfth Street, Riverside, CA 92501<br>☐   411 West Fourth Street, Santa Ana, CA 92701<br>☐   1415 State Street, Santa Barbara, CA 93101 |
|---|---|

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| a. *Deadlines:*<br>Date:<br>Time: | b. *Persons/entities to be provided with telephonic notice:*<br><br>☐ See attached page<br><br>c. *Telephonic notice is also required upon* the United States trustee |
|---|---|

(3) ☐ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a.  ☐ Personal Delivery    ☐ Overnight Mail ☐ First Class Mail    ☐ Facsimile*    ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009    Page 2    F 9075-1.2.ORDER

| b. *Deadlines:*<br>Date:<br><br>Time: | c. *Persons/entities to be served with written notice and a copy of this order:*<br><br><br>☐ See attached page<br><br>d. *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers (see *Court Manual* for address) |
|---|---|

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a. ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| b. *Deadlines:*<br>Date:<br><br>Time: | c. *Persons/entities to be served with motion, declarations, supporting documents:*<br><br><br>☐ See attached page<br><br>d. *Service is also required upon:*<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's Copy personally delivered to chambers (see *Court Manual* for address) |
|---|---|

(5) ☐ Regarding **opposition to the motion**

    ☐ opposition to the motion may be made **orally** at the hearing

    ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a. ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

| b. *Deadlines:*<br>Date:<br><br>Time: | c. *Persons/entities to be served with written opposition to the motion:*<br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br>d. *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers (see *Court Manual* for address) |
|---|---|

(6) ☐ Regarding a **reply to an opposition:**

    ☐ a reply to opposition may be made **orally** at the hearing.

    ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009    Page 3    F 9075-1.2.ORDER

persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

a.  ☐ Personal Delivery     ☐ Overnight Mail ☐ First Class Mail     ☐ Facsimile*     ☐ Email*

| b. <u>Deadlines:</u><br>Date:<br><br>Time: | c. <u>Persons/entities to be served with written reply to opposition:</u><br>-- All persons/entities who filed a written opposition<br><br>d. <u>Service is also required upon:</u><br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |
|---|---|

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **Judge's Copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

| ☐ at least 2 days before the Hearing. |
|---|
| ☐ no later than:    Date:                              Time: |

* Service by electronic means (facsimile or email) requires compliance with FRCP 5(b)(2)(E).

Date: MAR 2 4 2010

_____
UNITED STATES BANKRUPTCY JUDGE

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                           Page 4                           F 9075-1.2.ORDER

| In re:<br>Cobalis Corporation | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:07-12347-TA |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order Denying Application for Shortening Time _____was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 3/24/10_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
Rey Olsen
PO Box 7022
New York, NY 10150-7022

Cobalis Corporation, Attn: Chaslav Radovich, President, 733 Pelican Drive, Laguna Beach, CA 92651

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                           F 9021-1.1

| In re:<br>Cobalis Corporation | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:07-12347-TA |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Phillip Ashman    mgolod@mcqueenashman.com, pashman@mcqueenashman.com; bkumamoto@mcqueenashman.com
James C Bastian    jbastian@shbllp.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Michael J Hauser    michael.hauser@usdoj.gov
Theodore E Malpass    temalpass@aol.com
Gordon G May    hpc@ggb-law.com
Keith C Owens    kowens@foley.com
Carmela Pagay    ctan@rdwlawcorp.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Victor A Vilaplana    vavilaplana@foley.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9021-1.1**