Robert P. Goe (State Bar No. 137019)
Elizabeth A. LaRocque (State Bar No. 219977)
GOE & FORSYTHE, LLP
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
Telephone:    (949) 798-2460
Facsimile:    (949) 955-9437
E-mail:    rgoe@goeforlaw.com
    elarocque@goeforlaw.com

Attorneys for Cobalis Corporation, Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**(SANTA ANA DIVISION)**

| | |
|---|---|
| In re<br><br>COBALIS CORPORATION,<br><br>    Debtor and Debtor-in-Possession.. | Case No. 8:07-bk-12347-TA<br><br>Chapter 11<br><br>**NOTICE OF SUBMISSION OF STATEMENT OF CHAIM STERN IN SUPPORT OF PLAN CONFIRMATION**<br><br>Hearing:<br>Date:    March 24, 2010<br>Time:    11:00 a.m.<br>Courtroom:    5B |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, AND PARTIES IN INTEREST:**

Cobalis Corporation, Debtor and Debtor-in-Possession herein ("Debtor"), hereby files its Statement of Chaim Stern to unconditionally fund Debtor's Plan of Reorganization which was previously provided to the Court at the hearing on Plan Confirmation.

|  | Respectfully submitted, |
|---|---|
| Dated: March 29, 2010 | GOE & FORSYTHE, LLP |
|  | By:    /s/Robert P. Goe<br>Attorneys for Cobalis Corporation, Debtor and Debtor in Possession |

## AGREEMENT OF CHAIM STERN TO UNCONDITIONALLY FUND DEBTOR'S PLAN

I, Chaim Stern, hereby unconditionally agree to commit $2,000,000 to fund Debtor's Plan of Reorganization. The only contingency to me funding the $2,000,000 is that the Debtor's Plan is confirmed.

Executed this 24th day of March, 2010 in Irvine, California.

_____
Chaim Stern

| In re:<br>COBALIS CORPORATION<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:07-bk-12347-TA |
|---|---|

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612.

A true and correct copy of the foregoing document described **NOTICE OF SUBMISSION OF STATEMENT OF CHAIM STERN IN SUPPORT OF PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 29, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 29, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 29, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 29, 2010 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Phillip Ashman    mgolod@mcqueenashman.com, pashman@mcqueenashman.com;bkumamoto@mcqueenashman.com
- James C Bastian    jbastian@shbllp.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Theodore E Malpass    temalpass@aol.com
- Gordon G May    hpc@ggb-law.com
- Keith C Owens    kowens@foley.com
- Carmela Pagay    ctan@rdwlawcorp.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Victor A Vilaplana    vavilaplana@foley.com

**II. SERVED BY U.S. MAIL**

| David Filler | Stephen Madoni | Rey Olsen |
| Levey, Filler, Rodriguez, Kelso & DeBianchi, LLP | 3700 Newport Beach Blvd Ste 206 | PO Box 7022 New York, NY 10150-7022 |
| 1688 Meridian Ave., Ste 902 Miami Beach, FL 33139 | Newport Beach, CA 92663 | |

**III. SERVED BY PERSONAL DELIVERY**

- The Honorable Theodor C. Albert, USBC, 411 West Fourth Street, Santa Ana, CA 92701