FILED & ENTERED

JUL 14 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 8:07-bk-12347-TA |
| COBALIS CORPORATION, | Chapter: 11 |
| | ORDER TO SHOW CAUSE RE: CONVERSION AS A RESULT OF FILING OF CHAPTER 11 CASE NO 8:11-19915 TA BY DEBTOR |
| Debtor(s). | Date: July 27, 2011<br>Time: 10:00 a.m.<br>Location: 5B |

    A Chapter 11 bankruptcy petition was filed by Cobalis Corporation in the Los Angeles Division on July 8, 2011 under case number 2:11-39429 EC.  That case has since been transferred to this Court and assigned case number 8:11-19915 TA based on the pendency of related case number 8:07-12347 TA.

    It is hereby ORDERED that Debtor shall appear, with counsel, on July 27, 2011 at 10:00 a.m. in Courtroom 5B, 411 West Fourth Street, Santa Ana, California, 92701.

//

//

//

It is also ORDERED that Debtor shall show cause, if any, why both of the above entitled bankruptcy cases should not be immediately converted to Chapter 7s as a consequence of the new Chapter 11 filing.

IT IS SO ORDERED.

###

DATED: July 14, 2011

_____
Theodor C. Albert
United States Bankruptcy Judge

- 2 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER TO SHOW CAUSE RE: CONVERSION AS A RESULT OF FILING OF CHAPTER 11 CASE NO _____ BY DEBTOR
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 13, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

James C Bastian    jbastian@shbllp.com
John Burt    john@inhouseattorneys.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Michael J Hauser    michael.hauser@usdoj.gov
T Edward Malpass    temalpass@aol.com
Gordon G May    hpc@ggb-law.com
Luckey McDowell    luckey.mcdowell@bakerbotts.com
Keith C Owens    kowens@venable.com, bclark@venable.com;jcontreras@venable.com
Carmela Pagay    ctan@rdwlawcorp.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
John Saba    jsbklaw@gmail.com
Leonard M Shulman    lshulman@shbllp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Rey Olsen
PO Box 7022
New York, NY 10150-7022

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page