Keith C. Owens (CA State Bar No. 184841)
**VENABLE LLP**
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901
Email: kcowens@venable.com

C. Luckey McDowell (TX State Bar No. 24034565)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone: 214.953.6500
Facsimile: 214.661.6503
Email: luckey.mcdowell@bakerbotts.com

Counsel for Creditor YA Global Investments, L.P.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>**COBALIS CORPORATION,**<br><br>Debtor. | Case No. 8:07-bk-12347-TA<br>**and** Case No. 8:11-bk-19915-TA[1]<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF YA GLOBAL INVESTMENTS, L.P.'S MOTION TO CONVERT AND/OR DISMISS COBALIS' BANKRUPTCY CASES**<br><br>**Hearing**<br>DATE: August 22, 2011<br>TIME: 10:00 a.m. PDT<br>CTRM: 5-B<br>       411 West Fourth Street<br>       Santa Ana, CA<br>JUDGE: HON. THEODOR C. ALBERT |

YA Global Investments, L.P. ("YA Global") requests that the Court take judicial notice of the following court records and filings in Cobalis' first bankruptcy case, styled as *In re Cobalis Corporation*, No. 8:07-bk-12347-TA (unless otherwise noted):

1.  The *Debtor's Third Amended Chapter 11 Plan Dated January 19, 2010 (As Revised)*, entered as docket number 337 on January 19, 2010.

---

[1] This Motion addresses issues common to both cases and suggests an overall outcome for the cases. Accordingly, YA Global has filed identical versions of this Motion in both of the cases.

2. The *Statement of Decision on Plan Confirmations*, entered as docket number 487 on April 7, 2010.

3. The *Order Determining Value of YA Global Investment LP's Secured Claim*, entered as docket number 506 on May 27, 2010.

4. The *Order on Confirmation of Debtor's Third Amended Plan of Reorganization Dated January 19, 2010 (As Revised)*, entered as docket number 529 on June 9, 2010.

5. The voluntary chapter 11 petition filed by Cobalis Corporation on July 8, 2011, initiating case number 2:11-bk-39429-EC, which was subsequently reassigned case number 8:11-bk-11915-TA.

6. All other documents filed in Cobalis' bankruptcy cases that the parties may reference at the hearing on YA Global's Motion to Convert or Dismiss the Debtor's Bankruptcy Cases.

Respectfully submitted this 28th day of July 2011.

        **VENABLE LLP**

        BY: /s/ *Keith C. Owens*
             Keith C. Owens

        **BAKER BOTTS L.L.P.**
        C. Luckey McDowell

        Attorneys for YA Global Investments, L.P.