TERRAN T. STEINHART (State Bar No. 36196)
*terran@steinhartlaw.com*
STEINHART LAW OFFICES
4311 Wilshire Blvd., Suite 520
Los Angeles, California 90010
Telephone:   (323) 933-8263
Facsimile:   (323) 933-2391

GREGORY GRANTHAM (State Bar No. 125732)
JOHN SABA (State Bar No. 165415)
LAW OFFICE OF JOHN SABA
610 Newport Center Drive, Suite 600
Newport Beach, California  92660
Telephone:   (949) 720-0806
Facsimile:   (949) 720-0808
*jsbklaw@gmail.com*

Attorneys for Cobalis Corporation

**FILED & ENTERED**

**SEP 07 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ngo        DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:07-bk-12347-TA |
| COBALIS CORPORATION, | Chapter 11 |
| Debtor. | **ORDER DENYING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND EXTENDING TIME FOR DEBTOR TO COMPLY WITH TURNOVER AND FILING PROVISIONS IN ORDER CONVERTING CASE TO CHAPTER 7** |
| | [No Hearing Required] |

On September 6, 2011, debtor Cobalis Corporation ("Cobalis") filed its *Ex Parte Application for Order Shortening Time and Extending Time for Debtor to Comply with Turnover and Filing Provisions in Order Converting Case to Chapter 7* (the "*Ex Parte* Application"). The Court having considered the Application, for good cause appearing,

**IT IS ORDERED THAT:**

1.    The *Ex Parte* Application is **DENIED**.

1

1    2. The "Order Converting Bankruptcy Case to Chapter 7" ("conversion order") was entered
2 August 22, 2011.  An appeal of the conversion order was filed August 25, 2011 and that appeal is
3 now pending.  The conversion order, in addition to converting the case, also directs the debtor to
4 "forthwith" turn over to the trustee all records and property of the estate.  Consequently, all of the
5 relief sought in the *ex parte* motion is already overtly dealt with in some form in the conversion
6 order and so this court now lacks jurisdiction to deal with those provisions further as is requested in
7 the *ex parte* application.  See *In re Thorp*, 655 F. 2d 997 (9th Cir. 1981); *Harsh Investment Corp. v.*
8 *Bialac (In re Bialac),* 15 B.R. 901, 903 (9th Cir. BAP 1981).
9    # # # # #

DATED: September 7, 2011

*[signature: Theodor C. Albert]*
United States Bankruptcy Judge

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 4311 Wilshire Blvd., Suite 520, Los Angeles, CA 90010.

A true and correct copy of the foregoing document described as ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME AND EXTENDING TIME FOR DEBTOR TO COMPLY WITH TURNOVER AND FILING PROVISIONS IN ORDER CONVERTING CASE TO CHAPTER 7 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 6, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

SEE ATTACHED SERVICE LIST

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On September 6, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on September 6, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin outside of Room 5097
411 W. Fourth Street
Santa Ana, CA 92701-4593

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 6, 2011 | Terran T. Steinhart | /s/ Terran T. Steinhart |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E-MAIL

Office of the United States Trustee
ATTN:  Michael J. Hauser
411 West Fourth Street, #9041
Santa Ana, CA  92701
Facsimile: (714) 338-3421
*michael.houser@usdoj.gov*
(***by facsimile and electronic mail***)

Weneta M. Kosmala, Chapter 7 Trustee
P.O. Box 16279
Irvine, CA  92623
Facsimile: (714) 708-0666
*weneta.kosmala@7trustee.net*
(***by facsimile and electronic mail***)

Attorneys for YA Global Investments
Keith C. Owens, Esq.
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Facsimile: (310) 229-9901
*kowens@venable.com*
(***by facsimile and electronic mail***)

Attorneys for YA Global Investments
Luckey McDowell, Esq.
Baker Botts LLP
2001 Ross Ave.
Dallas, TX  75201
Facsimile: (214) 661-4571
*luckey.mcdowell@bakerbotts.com*
(***by facsimile and electronic mail***)

Montenegrex
c/o Rey Olsen
P.O. Box 7022
New York, NY  10150
*WSGNY@aol.com*
(***by electronic mail***)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM:**
1. Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND EXTENDING TIME FOR DEBTOR TO COMPLY WITH TURNOVER AND FILING PROVISIONS IN ORDER CONVERTING CASE TO CHAPTER 7 was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 6, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| James C Bastian | jbastian@shbllp.com |
| John Burt | john@inhouseattorneys.com |
| Robert P Goe | kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com |
| Michael J Hauser | michael.hauser@usdoj.gov |
| Weneta M Kosmala (TR) | Weneta.Kosmala@7trustee.net, ca15@ecfcbis.com; wkosmala@kosmalalaw.com; dfitzger@kosmalalaw.com; kgeorge@kosmalalaw.com |
| T Edward Malpass | temalpass@aol.com |
| Gordon G May | hpc@ggb-law.com |
| Luckey McDowell | luckey.mcdowell@bakerbotts.com |
| Keith C Owens | kowens@venable.com, bclark@venable.com;jcontreras@venable.com |
| Carmela Pagay | ctan@rdwlawcorp.com |
| Eric S Pezold | epezold@swlaw.com, dwlewis@swlaw.com |
| Michael B Reynolds | mreynolds@swlaw.com, kcollins@swlaw.com |
| John Saba | jsbklaw@gmail.com |
| Leonard M Shulman | lshulman@shbllp.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

☐ Service Information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service Information continued on attached page.