ORIGINAL



Rey Olsen
Appearing *in Propria Persona*
*Montenegrex*
*P. O. Box 7022*
*New York, NY 10150-7022*
*(917) 701-1101*
*WSGNY@AOL.COM*

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:

Case No. 8:07-bk-12347-TA    By Fax

**COBALIS CORPORATION,**

Debtor.    Chapter 7
Certificate of Service

Ingrid Olsen, an adult, affirms that on the 6th day of September 2011 I sent by Email to the below list of Email addresses the following documents:

Notice of Motion returnable on September 27, 2011 at 2:00 pm

Memorandum of Points and Authorities

Declaration of Rey Olsen with 6 exhibits

wkosmala@kosmalalaw.com,

luckey.mcdowell@bakerbotts.com,

Richard.Harper@bakerbotts.com, Ryan.Goins@bakerbotts.com,

gregory@iagunderwriters.com, lee@sfclasslaw.com,

chas@cobalis.com, fouraces99@yahoo.com

carlos@cobalis.com, tntdvl@msn.com,

trckamp@yahoo.com

New York, New York
September 6, 2011

*Ingrid Olsen*
Ingrid Olsen

Original Not Signed